# EXHIBIT B

## AGREEMENT TO ARBITRATE LEGAL CLAIMS

*IMPORTANT NOTICE: THIS AGREEMENT WAIVES YOUR RIGHT TO A JURY TRIAL AND TO PURSUE LITIGATION IN COURT. READ IT CAREFULLY BEFORE SIGNING.*

*This Agreement contains the rules and procedures that Dillard's Inc., and Associates must follow to resolve any disputes between them over Legal Claims. Arbitration does not prevent an applicant or Associate from filing a charge with an administrative agency like the Equal Employment Opportunity Commission. This Agreement is NOT an employment agreement. The typewritten name in the "Authorized Signature" line below will serve to bind Dillard's to uphold its obligations under this Agreement.*

This Agreement to Arbitrate Legal Claims ("Agreement"), executed this 19 day of 02, 2024 by and between Dillard's, Inc., its affiliates, subsidiaries and Limited Liability Partnerships (the "Company") and Cathya P. Guzman Gacon (the "Associate" or the "Employee" or "you");

WITNESSETH:

Whereas, Associate and Company desire to resolve any and all disputes between them over Legal Claims, as more fully described in the Rules of Arbitration; and

Whereas, the parties hereto agree that Arbitration of such disputes is a valuable benefit, the existence of which is a significant inducement for Associate to accept or continue employment with Company and for Company to offer employment to Associate or continue to employ Associate.

NOW THEREFORE, in consideration of the mutual promises contained herein and in specific consideration of the Company agreeing to offer employment to Associate or continue to employ Associate, the parties hereto agree as follows:

EFFECTIVE upon the date of the submission of Associate's application for employment or the date of this Agreement, whichever occurs earlier, Associate and Company shall be entitled to the benefits of and mutually agree to become subject to the Company's RULES OF ARBITRATION (the "RULES").

<u>WE AGREE TO ARBITRATE OUR LEGAL CLAIMS AND TO ABIDE BY THE RULES OF ARBITRATION WHICH WILL GOVERN THE ARBITRATION:</u>

Associate:

_____ (Signature)

Cathya P. Guzman Gacon _____ (Printed Name)

02/19/2024 _____ (Date)

Company:   Dean L. Worley (Authorized Signature)

Employee Copy

Rev 6/21/22